

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

June 9, 2008

**BY FACSIMILE AND FEDERAL EXPRESS**

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

RECEIVED JUN 0 9 2008 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

Re: *De La Rosa v. Potter*, 07 Civ. 10704 (CLB)(GAY)

Dear Judge Yanthis,

This Office represents defendant John E. Potter, the Postmaster General of the United States (the "Government"), in the above-referenced Title VII lawsuit. I write to respectfully request, on behalf of the Government as well as plaintiff Osvaldo De la Rosa, who is proceeding *pro se*, a four-week extension of the deadline for fact discovery and, relatedly, an adjournment of the telephonic discovery status conference, currently scheduled for 9:30am tomorrow, to a time in early July that is convenient for the Court.

The parties are seeking the extension of the fact discovery deadline so as to enable Mr. De la Rosa to conduct depositions of five current and former Postal Service employees. Because Mr. De la Rosa resides in Puerto Rico, he wishes to have all fact depositions conducted within a week. Presently, the parties are working to find a suitable time in late June or early July that will allow this to happen. Further, the parties also seek an adjournment of the upcoming discovery status conference because such an adjournment will enable the parties to provide the Court with a more substantive update on the progress of discovery in this matter.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Li Yu
LI YU
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686
Email: li.yu@usdoj.gov

Granted. (i) Discovery extended until 7/31/08. Telephone conference to be initiated by defendant, shall take place on July 17, 2008 at 10:00 am.

SO ORDERED: 6/9/08
Hon. George A. Yanthis
United States Magistrate Judge