SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Osvaldo De La Rosa          Plaintiff,

                                                7  cv  10704   (CLB)

- against -

John E. Potter, Postmaster General, Defendant.        **ORDER FOR ADMISSION**
U.S.P.S.                                                **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of Daniel Abraham    attorney for Osvaldo de la Rosa

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edelmiro Salas Gonzalez |
| Firm Name: | Edelmiro Salas Law Offices |
| Address: | 1072 Calle 17, Urb. Villa Nevarez |
| City/State/Zip: | San Juan, PR 00927 |
| Telephone/Fax: | 7873764659 |
| Email Address: | 7872963487 |

is admitted to practice pro hac vice as counsel for   Osvaldo de la Rosa   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June _____, 2008
City, State: White Plains, NY

SO ORDERED

_____
United States District/Magistrate Judge
Hon. Charles L. Breant, USDJ

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006