UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| OSVALDO DE LA ROSA<br>Plaintiff<br><br>v.<br><br>JOHNN E. POTTER; et als<br>Defendant | 7:07 Civ. 10704 (CLB) (GAY)<br><br>**MEMO ENDORSED** |
|---|---|



**MOTION FOR CONTINUANCE**

TO THE HONORABLE COURT:

Plaintiff, through its undersigned counsel, very respectfully states and requests:

1. The undersigned counsel made an appearance, *pro hac vice,* that was approved by this Court. We immediately requested from defendants counsel consent to ask the Court for a continuance of the July 17, 2008 telephone conference.

2. The grounds for such continuance are as follows: Prior to our appearance in this case we had requested and had confirmed our attending a unique continuing legal education seminar sponsored by the United States District Court for the District of Puerto Rico. The conference would take place on July 17 and 18, 2008. See Ex. Nos. 1 & 2. Continued presence at the seminar is a requirement and if we would participate in court telephone conference we would miss an important professional development opportunity.

3. We proposed to brother counsel Li Yu, to jointly ask for the continuance on the dates we would take deposition of the United States Postal Service in White Plains. The proposed dates for the continuance are thus, July 24 and 25. Brother Counsel Yu welcomed our presence in New York and even proposed that the conference be held in chambers, if preferred by the Court.

WHEREFORE it is respectfully requested that this Court grant this motion, and allow the continuance of the telephone conference on July 24 or 25, if needed in chambers.

RESPECTFULLY SUBMITTED.

At San Juan Puerto Rico July 10, 2008.

*Application granted. The conference is adjourned until July 25, 2008 at 9:00 a.m. in person at Courtroom 118, U.S. Courthouse, White Plains.*

s/: Edelmiro Salas González
EDELMIRO SALAS GONZÁLEZ
*Pro hac vice* counsel for Plaintiff
1072 Calle 17 Urb. Villa Nevárez
San Juan, PR 00927
Tel.: 787-376-4659
Fax: 787-296-3487
edelmiro.salas@gmail.com

SO ORDERED:
Hon. George A. Yanthis
United States Magistrate Judge
7/16/08