**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

MEMO ENDORSED

August 1, 2008

**BY FACSIMILE**

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

RECEIVED Aug 01 USDC-SDNY

Re: *De La Rosa v. Potter*, 07 Civ. 10704 (CLB)(GAY)

Dear Judge Yanthis,

This Office represents defendant John E. Potter, the Postmaster General of the United States (the "Government"), in the above-referenced Title VII lawsuit. As Your Honor instructed, I write to respectfully request that the last day for fact discovery in this matter be extended from July 31, 2008 to September 30, 2008 and to request that a telephonic status conference be held before Your Honor at 10 a.m. on September 30, 2008.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

LI YU
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686
Email: li.yu@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

cc: Edelmiro Salas, Esq. (By Facsimile)
1072 Calle 17
Urb. Villa Nevarez
San Juan, PR 00927
Fax: (787) 296-3487

SO ORDERED:

Hon. George A. Yanthis
United States Magistrate Judge.
8/1/08